Charles F. Hess, appellant, v. John Bartmann and Emma Bartmann, appellees. Gen. No. 7,321.

Bill to have deed declared mortgage and for decree of redemption. Dismissed for want of equity. Appeal from the Circuit Court of

Du Page county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the December term, 1923. Affirmed. Opinion filed August 6, 1924. Rehearing denied October 8, 1924.

George W. Thoma, Bunge, Harbour & Schmidt and Carnahan & Slusser, for appellant. Michael Kross, for appellees; William F. Struckmann, of counsel.

Mr. Justice Jones delivered the opinion of the court.